IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

KAREN M. DIXON,

        Plaintiff,                        Case No.: 16-cv-00119-RM-KMT

v.

UNITED STATES,

        Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Karen M. Dixon and Defendant United States of America hereby stipulate and give notice to the Court that Plaintiff voluntarily dismisses with prejudice all claims against Defendant. There is no matter pending before the Court that would preclude dismissal of this action. Plaintiff and Defendant agree to bear their own respective attorney fees and costs.

Respectfully submitted this 26th day of April 2017

                                              ROBERT C. TROYER
                                              Acting United States Attorney

| *s/ Thomas W. Stoever, Jr.* | *s/ Sarah H. Weiss* |
|---|---|
| Thomas W. Stoever, Jr., No. 25434 | Sarah H. Weiss |
| Holly E. Sterrett, No. 36684 | Mark S. Pestal |
| Mishele Kieffer, No. 48316 | Assistant United States Attorneys |
| Arnold & Porter Kaye Scholer LLP | 1801 California Street, Suite 1600 |
| 370 Seventeenth St., Ste. 4400 | Denver, Colorado 80202 |
| Denver, Colorado 80202 | (303) 454-0100 (phone) |
| (303) 863-1000 (phone) | (303) 454-0405 (fax) |
| Email: Thomas.Stoever@apks.com | Email: Sarah.Weiss@usdoj.gov |
| Holly.Sterrett@apks.com | Mark.Pestal@usdoj.gov |
| Mishele.Kieffer@apks.com | |
| *Attorneys for Plaintiff Karen M. Dixon* | *Attorneys for Defendant United States* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2017 I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ Portia Pullen*